**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:                                                            CASE NO: 11-31526 -WSS

**CRESTVIEW OPEN MRI, INC.**                    CHAPTER 11

   Debtor.
_____/

## MOTION TO DETERMINE STATUS OF CLAIM PURSUANT TO 11 U.S.C. 506(a)

THE MOTION of Crestview Open MRI, Inc., by and through its undersigned attorney, seeking a determination of the status of CIT Small Business Lending Corp. (hereinafter the "secured lien holder") claim under Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012, respectfully states:

1. This Motion is made pursuant to Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012 for determination of the claim of the "secured lien holder" whose claim as of the date of filing of Debtor's Petition amounts to approximately $818,192.14. Said claim being secured by a 2003 Hitachi Airis II MRI, Gradient System and Coil Package, all receivables, and tangible personal property of the Debtor.

2. That Debtor granted to the "secured lien holders" a UCC-1 security lien on said collateral. See Exhibit A, attached hereto.

3. The value of said the "secured lien holders" collateral is $137,445.61. See Exhibit B, attached hereto.

4. Accordingly, the "secured lien holder" has a claim which is secured in the amount of $137,445.61 and an unsecured claim for the deficiency in the amount of $681,246.53.

WHEREFORE, the Debtor moves that this Court determine, under Section 506 of the Bankruptcy Code and Bankruptcy Rule 3012, that CIT Small Personal Lending, Corp. has a

secured claim in the amount of $137,445.61 and an unsecured claim in the amount of $681,246.53, and for such other relief as is just.

Submitted this 28th day of September, 2011.

/S/ Thomas B. Woodward
Thomas B. Woodward, Esq.
Thomas Woodward Law Firm, PLLC
Attorney for Debtor
FL Bar No.: 0185506
P.O. Box 10058
Tallahassee, FL 32302
(850) 222-4818
(850) 561-3456 [Fax]
woodylaw@embarqmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the Office of the U.S. Trustee, and those parties on the attached interested party matrix by either electronic filing or U.S. Mail, postage pre-paid this 28th day of September, 2011.

/S/ Thomas B. Woodward

## **INTERESTED PARTIES MATRIX**

Jason H. Egan, Esquire
Office of the U.S. Trustee
110 East Park Ave., Ste. 128
Tallahassee, FL 32301

Kubicki Draper
Attorneys for CIT Small Business
Lending Corporation
1645 Palm Beach Lakes, Blvd., Suite 1100
West Palm Beach, FL 33401

DEC. 6. 2006  2:00PM                                                    NO. 3969   P. 2

## STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
Barbara Mikula  954-713-2305

**B.**
CSC
P.O. Box 5828
Tallahassee, FL 32314
(800) 342-8086

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2006 Dec 14 AM 12:00

****** 200604364383 ******

---

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b)**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESTVIEW OPEN MRI, INC. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 194 Redstone Avenue, Unit E | Crestview | FL | 32536 | USA |

| 1d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID# |
|---|---|---|---|---|
| 510443084 | | corporation | Florida | P03000005703 NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| CADENHEAD | SUE | W. | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 194 Redstone Avenue, Unit E. | Crestview | FL | 32536 | USA |

| 2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# |
|---|---|---|---|---|
| | | | | NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1 CIT Drive | Livingston | NJ | 07039 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE EXHIBIT "A"
ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE

| 5. ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR |
|---|---|---|---|
| | AG. LIEN | NON-UCC FILING | SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX**

[XX] All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

[ ] Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    429-0469    645834

STANDARD FORM – FORM UCC-1 (REV. 12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

FTL:842154:1

EXHIBIT A

## Exhibit "A"

All of the Debtor's property described below, and indicated by an "X" or other mark on the applicable line, now owned or hereafter acquired, together with all replacements, accessions, proceeds and products.

- X  a.  Equipment
- X  b.  Fixtures
- X  c.  Inventory
- X  d.  Accounts
- X  e.  Instruments
- X  f.  Chattel paper
- X  g.  General intangibles
- ___ h.  Documents
- ___ i.  Farm products
- ___ j.  Deposit accounts
- ___ k.  Investment property

___ l.  Titled motor vehicles, including mobile or manufactured homes (list make, model, and serial #):

_____
_____

X  m.  Other: insert specific description of other forms of Collateral not included in categories a through k above (for example, specific commercial tort claim, letter-of-credit rights):
FURNITURE
MACHINERY

**The promissory note secured hereby evidences a loan in which SBA is participant pursuant to 15 USC 631 et seq. and is to be construed and enforced in accordance with applicable Federal Law.**

Record + Return to:

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Barbara Mikula    954-713-2305

B. SEND ACKNOWLEDGMENT TO:
Name: CSC
Address: P.O. Box 5828
Tallahassee, FL 32314
(800) 342-8086

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**
2006 Dec 19 AM 12:00

****** 200604400592 ******

1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names

1a. ORGANIZATION'S NAME: CRESTVIEW OPEN MRI, INC.

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: 194 Redstone Avenue, Unit E | CITY: Crestview | STATE: FL | POSTAL CODE: 32536 | COUNTRY: USA

1d. TAX ID#: 510443084 | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: corporation | 1f. JURISDICTION OF ORGANIZATION: Florida | 1g. ORGANIZATIONAL ID#: P03000005703  NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

2a. ORGANIZATION'S NAME:

2b. INDIVIDUAL'S LAST NAME: CADENHEAD | FIRST NAME: SUE W. | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS: 194 Redstone Avenue, Unit E. | CITY: Crestview | STATE: FL | POSTAL CODE: 32536 | COUNTRY: USA

2d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID# NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME: CIT SMALL BUSINESS LENDING CORPORATION

3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: 1 CIT Drive | CITY: Livingston | STATE: NJ | POSTAL CODE: 07039 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

SEE EXHIBIT "A"
ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE

5. ALTERNATE DESIGNATION (if applicable) | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR
| | AG. LIEN | NON-UCC FILING | SELLER/BUYER

6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

XX All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

7. OPTIONAL FILER REFERENCE DATA: 429-0469

STANDARD FORM – FORM UCC-1 (REV. 12/2001)    Filing Office Copy    Approved by the Secretary of State, State of Florida

FTL:642154:1

673323 APH

## Exhibit "A"

All of the Debtor's property described below, and indicated by an "X" or other mark on the applicable line, now owned or hereafter acquired, together with all replacements, accessions, proceeds and products.

| | | | | | |
|---|---|---|---|---|---|
| X | a. | Equipment | X | f. | Chattel paper |
| X | b. | Fixtures | X | g. | General intangibles |
| X | c. | Inventory | | h. | Documents |
| X | d. | Accounts | | i. | Farm products |
| X | e. | Instruments | | j. | Deposit accounts |
| | | | | k. | Investment property |

___    l.    Titled motor vehicles, including mobile or manufactured homes (list make, model, and serial #):

_X_    m.    Other: insert specific description of other forms of Collateral not included in categories a through k above (for example, specific commercial tort claim, letter-of-credit rights):
FURNITURE
MACHINERY

**The promissory note secured hereby evidences a loan in which SBA is participant pursuant to 15 USC 631 et seq. and is to be construed and enforced in accordance with applicable Federal Law.**



**AMBER DIAGNOSTICS**

2180 Premier Row, Orlando FL 32809

www.AmberUSA.com                    Phone: (407) 438-7847  Fax: (407) 438-7789

Sue Cadenhead
Crestview Open MRI
194 East Redstone Ave
Crestview, FL 32541

Thank you for your request to receive an estimate for an evaluation of the 2003 Hitachi Airis II Open MRI you have located at your facility. I have included below the specifications and the estimated value for the MRI scanner.

**2003 Hitachi Airis II MRI**
- Permanent Open Magnet
- 0.3 Tesla Strength

**Gradient System**
- 15mT/m Gradient Amplitude
- 20T/m/s Slew Rate
- 4-Channel RF system

**Scan Features**
Optical Disk System. 2DFT Multi-Slice Image. 3DFT Image Acquisitions. MultiPlanar Reformat. MR Angiography Package. Fast Scanning Package. Phased Array. PACS Compatible. DICOM Workflow.

**Coil Package**
Quad Head Coil, Extremity Coil, Large Extremity Coil, Neck Coil, Quad Flex Coil, Large flex Coil, Quad Spine Coil, Small Elliptical Coil, Large Elliptical Coil, Dedicated Knee Coil.

Based on previous sales of systems similar to the above stated scanner, the value of this MRI unit is $50,000.00. This estimate is on an "As Is, Where Is" Basis. The buyer would also absorb all cost associated with the Ramp-Down, De Installation, Rigging and Transportation.

If you have any question, please feel free to call.

Sincerely,

Nathan Welch
**Amber Diagnostics Inc**
CT & MRI Specialist


KH      **B**

## rhettandsue

**From:** Nathan [nathan@amberusa.com]
**Sent:** Thursday, September 01, 2011 12:15 PM
**To:** Rhett Cadenhead
**Subject:** Equipment Evaluation
**Attachments:** Crestview Equipment.pdf

Rhett

Please see attached. Let me know if you have any questions or concerns.

Nathan

Nathan Welch
Amber Diagnostics
888-561-7900 Ext 1010
407-438-7847 Ext 1010
Fax 407-856-5456
nathan@...
www.amb...
Company Tour Link
http://www...



No virus found in this message.
Checked by AVG -
Version: 10.0.1392 / Virus Database: 1520/3869 - Release Date: 08/31/11

9/2/2011

407-438-7847 Ext 1010
Fax 407-856-5456
[illegible email]
[illegible url]
Company Tour Link
[illegible url]



9/9/2011

Refurbished Radiology Equipment ~ Since 1994 ~    Translations    Se habla Español      



# AMBER DIAGNOSTICS
*Saving a Life Everyday*

Digital Medical Image Capture Devices

The ideal solution for any practice that needs to save full motion video and still images.

USA
**1.888.561.7900**
1.407.438.7847
F: 407-856-5456

Africa
Cameroon 237.99.96.35.61
Niger 227.96.97.67.70

Equipment Search  Select Modality    Search Website    Partnership Opportunities    We Buy Imaging Centers    Contact Us

### GENERAL
- Home
- Equipment Search
- Parts Search
- Financing
- Sell Your Equipment
- Services
- Company Information
- Company Video
- Facility Tour
- Refurbishing Process
- Se habla Español

### EQUIPMENT
- Clearance Items
- Bone Densitometers
- C-Arms (Fluoro Systems)
- C-Arm Upgrades
- C-Arm Tables
- CT Scanners
- Mammography Systems
- Mobile Imaging Trailers
- MRI Systems
- Portable X-Ray Units
- Rad / Fluoro Systems
- Radiographic Rooms
- Ultrasound Systems
- Urology Systems
- X-Ray Viewers

### DIGITAL RADIOGRAPHY
- CR Systems (Computer Radiology)
- Image Capture Devices
- DICOM
- Digital Upgrades
- PACS (Picture Archiving)



**Amber Diagnostics.**
2180 Premier Row, Orlando, FL 32809

- 1-888-561-7900
- 407-438-7847
- fax: 407-856-5456

Mission Statement:

To Provide the Highest Quality Radiology Equipment & Diagnostic Interpretation for Every Human on the Planet with the Intention to Save a Life Every Day.



Company Information

Since 1994 Amber Diagnostics has become the leading remarketers, refurbishers and re-assemblers of all pre-owned X-Ray, Radiology, and Diagnostic Medical Equipment. Amber Diagnostics strives to provide professional support with quality services custom fit to the needs of today's growing healthcare industry.

Amber Diagnostics refurbishes and re-assembles pre-owned x-ray and diagnostic medical equipment including **Helical / Multi Slice CT Scanners, Fluoroscopic C-Arms, Cath / Angio Suites, Mammography, MRI's, Rad / Fluoro, Bone Densitometers, Ultrasounds, PET Scanners, PACS, Laser & Nuclear Cameras.** Amber Diagnostics is a Refurbisher and Re-Assembler of Diagnostic Equipment providing your facility complete complete confidence that equipment purchased from Amber is in full compliance with FDA laws after Amber uses its proprietary processes to refurbish and re-assemble your medical equipment. All of our proprietary refurbished and reassembly systems are guaranteed to pass original manufacturer's image quality, final tests, and performance verification. Amber Diagnostics has extensive resources to support worldwide domestic shipping and installation procedures for all medical

**ACCESSORIES**
Film Digitizers
Thermal Printers
Processor Wet

**AFRICA**
Amber Diagnostics Africa
Donations for Africa

equipment.



With the prices of new medical equipment rising and reimbursements on the decline, many clinical institutions have discovered the advantages of purchasing quality pre-owned, refurbished or reassembled radiology equipment while still providing premium patient care. Amber's centrally located 25,000 sq. ft refurbishing and reassembling facility houses an extensive inventory of imaging parts, complete systems and radiology supplies. Amber Diagnostics invites you to be a part of their unique medical equipment network of satisfied customers, healthcare organizations, clinics, hospitals, private physicians and imaging centers throughout the continents of North America & Europe. This extensive network allows us the opportunity to present to you any medical equipment specific to your needs and within your cost restraints. Through personal attention to our clients and a careful understanding of their goals, we are able to deliver the equipment solutions that fit each clients' unique needs.

With years experience in refurbishing, testing, servicing and installing systems, you can depend on Amber Diagnostics to deliver the best quality medical imaging equipment. Call **1.888.561.7900 or email us for more information.**

Select Language: English

### REFURBISHED RADIOLOGY EQUIPMENT

**FULL SERVICE EQUIPMENT PROVIDER**
Amber Diagnostics offers a variety of Medical Imaging Systems to fit any requirement, from cost-effective systems to those offering the most current advanced technology. Our proprietary refurbishing and re-assembling processes includes complete system reconditioning, stage testing that assures the systems will pass original equipment manufacturers performance specifications and FDA laws. All systems sold are available with comprehensive warranty programs. Amber Diagnostics provides expert crating, shipping, installation, user and AIAT documentation, and system training to ensure that your equipment arrives in excellent working condition.

**BUYERS**
Our refurbishing and re-assembling facility houses an extensive inventory of parts and complete systems that are stage tested ready to ship. Each system is fully qualified by our engineers and guaranteed to pass original manufacturer's image quality, final tests, performance verification and FDA laws. Amber Diagnostics has extensive resources to support worldwide domestic shipping and installation procedures for all medical equipment. Customized price quotations with equipment specifications are prepared to meet your stated requirements and cost restraints.

**SELLERS**
Amber Diagnostics purchases used medical equipment directly from clinics, hospitals, private physicians and imaging centers. Our full time acquisitions staff will qualify all systems to be purchased and offers a complimentary fair market evaluation for your equipment. Amber Diagnostics offers complete purchasing services including equipment de-install, system removal and shipping provided by our experienced engineers.

Share this website with a friend!   ShareThis

Interested Parties Matrix

Robert M. Quinn, Esquire
Attorney for CIT Small Business Lending Corporation
P.O. Box 3239
Tampa, FL 33601-3239

Michael T. Fackler, Esq.
Milam Howard Nicandri Dees & Gillam, P.A.
14 East Bay Street
Jacksonville, Florida 32202

Robert M. Quinn
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

B6B (Official Form 6B) (12/07)

In re **Crestview Open MRI, Inc.** , Case No. **11-31526**
Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petit cash | - | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking | - | 3,200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Key Man Insurance Insured: Sue Cadenhead Term life | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **3,400.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Crestview Open MRI, Inc.**                                      Case No. __11-31526__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **aged receivables** **See Item 29 , Equipment, etc for values** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                            Sub-Total >        0.00
                                                                        (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Crestview Open MRI, Inc.**                                              Case No. __11-31526__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **fixtures & Furniture**<br>See item 29, Equipment, etc for values | - | 0.00 |
| | | **love seat, 2 end tables, 3 lamps, 3 tables, 11 chairs, 9 trash cans, 5 artificial plants, 2 live plants, water cooler, 5 dell computers, 3 desk top accessory sets, 5 desk chairs, 2 standing fans, 5 storage bins, 5 filing cabinets, 18 sets of scrubs, 2 clothes baskets, 5 dressing room chairs, 2 mirrors, standing lamp, television, office supplies, 2 staplers, wall plant, wicker settee, 5 pictures, microwave, convection oven, coffee maker, refrigerator, dishes, silverware, kitchen table with 3 chairs, file for patient jackets, records cabinet, step stool, 5 gowns, printer, washer/dryer combo, a/c filters, light bulbs** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment: including 2003 Hitachi Airus 11 MRI [$50,000.00], Fixtures and furniture [$517.50], Inventory, Accounts [ $86,928.11], Instruments, Chattel Paper, General Intangibles** | - | 137,445.61 |
| | | **Gendex High Frequency Radiographic X-Ray System** | - | 15,000.00 |
| | | **Mri Computer Equipment and Perifials** | - | 2,800.00 |

                                                                    Sub-Total >       **155,245.61**
                                                                (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Crestview Open MRI, Inc.**                          Case No. **11-31526**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | RIS/PACS SYSTEMS: 1 SEPSTREAM REMOTEEYE DIANOSTIC VIEWING WEB BASED S | - | 0.00 |
| | | SOMATOM Emotion Comfiguration, RS Proven Excellance System [CT SCAN] and Perficals | - | 95,000.00 |
| | | DRYSTAR5302 Printer | - | 500.00 |
| | | Medrad Stellant D Injector Lease/Purchase | - | 0.00 |
| | | Samsung/SCX 6345N SN 1B1CS100005 Fax/Copier/Printer | - | 1,250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                              Sub-Total >       96,750.00
                                                              (Total of this page)
Sheet __3__ of __3__ continuation sheets attached                    Total >      255,395.61
to the Schedule of Personal Property
                                                              (Report also on Summary of Schedules)